Joel P. Kelly (SBN 100716)
Damien P. DeLaney (SBN 246476)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
kellyj@jacksonlewis.com
damien.delaney@jacksonlewis.com

Attorneys for Defendants
BRINKER RESTAURANT CORPORATION and
BRINKER INTL PAYROLL CO., LP

JS-6

FILED
CLERK, U.S. DISTRICT COURT
June 29, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CHINCHILLA, an individual<br><br>PLAINTIFF,<br><br>vs.<br><br>BRINKER RESTAURANT CORPORATION, a corporation, et al.<br><br>DEFENDANTS. | Case No.: 2:18-cv-04467-SJO-KS<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Pursuant to the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Clerk shall REMAND this case to state court, Los Angeles County Superior Court, Case No. BC700237 and all matters are TERMINATED and VACATED, and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 29, 2018

By: *S. James Otero*
Hon. S. James Otero
United States District Judge

---

[PROPOSED] ORDER REMANDING CASE TO STATE COURT

1